# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

                v.                                                                                                                                  Crim. No. 5:13-MJ-1880

KENT KAUFFMAN

      On November 7, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                                Respectfully submitted,

/s/ Robert K. Britt                                                                /s/ Nikki Allen  
Robert K. Britt                                                                        Nikki Allen  
Senior U.S. Probation Officer                                    Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this  10th  day of  February, 2014.

                                                                            William A. Webb  
                                                                            U.S. Magistrate Judge